1  Rod Danielson
   Chapter 13 Trustee
2  4361 Latham Ave., Suite 270
   Riverside, CA 92501
3  Tel. (951) 826-8000, Fax (951) 826-8090
4
5
6              UNITED STATES BANKRUPTCY COURT
       CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
7
   To:      Clerk, U.S. Bankruptcy Court
8
   Re:      UNDISTRIBUTED FUNDS
9
   Case No.:   6:10-bk-37969-MJ
10
   Debtor(s):  ROBERT O CHENE
11             KIM V CHENE
               72-128 SUNNYVALE DR
12             29 PALMS, CA  92277
13
14 Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified
   below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence,
15 has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above
   referenced matter.
16
        Payee                                                           Amount
17
        ROBERT O CHENE & KIM V CHENE                                    $218.62
18
        72-128 SUNNYVALE DR
19      29 PALMS, CA 92277
20
21
22
23 Dated:  7/12/11
24                                                          Rod Danielson, Trustee
25
   cc: Debtor, Attorney, Creditor
26
27

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT
Check #: 0357359
Date: Jul 11, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1037969 | ROBERT & KIM V CHENE | | 00000 | 218.62 | 0.00 | 218.62 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT     TOTALS:    218.62    0.00    218.62

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

ROBERT O CHENE
KIM V CHENE
BALANCE:     [0.00  Claim:00000]
ACCT:
PRINCIPAL: 218.62

16-4430
1220

CASE: 1037969
INTEREST: 0.00

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

**CHECK NUMBER**
0357359

**CHECK DATE**
Jul 11, 2011

**AMOUNT**
********218.62**

VOID 45 DAYS FROM DATE

PAY    Two Hundred Eighteen And 62 / 100 Dollars

TO THE
ORDER OF    *US BANKRUPTCY COURT*
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA  92501

Rod Danielson

⑈0357359⑈ ⑆122044300⑆ ⑈030⑈100078⑈